
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>vs.<br><br>**JOSEPH K. CASTRO**<br>Defendant. | MAGISTRATE CASE NO. 04-00024-001<br><br>REQUEST TO TRAVEL |

    On April 7, 2005, Joseph K. Castro was sentenced in the District Court of Guam for Count I: Unlawful Taking of Wildlife, in violation of 16 U.S.C. § 3372(a)(3)(A) and 18 U.S.C. §§7(3) and 13 and Count II: Entering Military Property, in violation of 18 U.S.C. §1382. He was sentenced to a two-year term of probation with conditions that he pay a special assessment fee of $20; pay a $50 fine; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service under the direction of the U.S. Probation Office; and not enter any military establishments for the duration of his probation term.

    Mr. Castro is requesting the Court's permission to travel to Los Angeles, California to accompany his wife for medical treatment at the Good Samaritan Hospital. He is scheduled to leave on August 7, 2006 and does not have an exact return date as the extent of his wife's treatment is unknown at this time. The Probation Officer will request for courtesy supervision with the Central District of California while Mr. Castro is residing in that district.

    To date, Mr. Castro has satisfactorily adjusted to his probation conditions. He paid his $20 special assessment fee on August 3, 2005; his $50 fine on November 7, 2005; and completed 200 hours of community service on March 2, 2006. In addition, Mr. Castro submits his monthly supervision reports in a timely manner. Mr. Castro was previously allowed to travel to Hawaii for a vacation without incident. This Officer supports his travel request and seeks Court approval.

                                      Respectfully Submitted,

                                      FRANK MICHAEL CRUZ
                                      Chief U. S. Probation Officer

By: *[signature]*
                                      JUDY ANNE L. OCAMPO
                                      U. S. Probation Officer

Reviewed by:

*[signature]*
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    File

**ORIGINAL**