| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Joseph K. Castro
MG 04-00024-001
SS# XXX-XX-7192
DOB: XX-XX-1951
HT: 6'0" WT: 181 lbs



DATE  August 4, 2006

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO    Los Angeles, California

LEAVING   August 7, 2006   AND RETURNING   Open

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical treatment for his wife at Good Samaritan Hospital, Los Angeles, California

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Los Angeles, California;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME   Loretta Martin, Chief Probation
ADDRESS   U.S. Courthouse, 6th Floor
          312 N. Spring Street, Los Angeles,

☑ APPROVED    ☐ DISAPPROVED

HON. JAMES WARE
Designated Judge
August 4, 2006

Case 1:04-mj-00024   **ORIGINAL**   Document 29   Filed 08/04/2006   Page 1 of 1