PROB 35 (Rev. 5/01)

**Report and Order Terminating Probation  
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

**FILED  
DISTRICT COURT OF GUAM  
FEB 22 2007  
MARY L.M. MORAN  
CLERK OF COURT**

UNITED STATES OF AMERICA

v.

JOSEPH KUMIYAMA CASTRO, SR.

MAGISTRATE CASE NO. 04-00024-001

On April 6, 2005, the above named was placed on probation for a period of two years. Joseph Kumiyama Castro, Sr. has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.



RECEIVED  
FEB 21 2007  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ  
Chief U.S. Probation Officer

By: *Judy Anne L. Ocampo*  
JUDY ANNE L. OCAMPO  
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

cc: Kristin St. Peter, SAUSA  
John Gorman, FPD  
USPO Mahogany Thomas, Central District of CA  
File

### ORDER OF COURT

Pursuant to the above report, it is ordered that Joseph Kumiyama Castro, Sr. be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of February 2007.

JOAQUIN V.E. MANIBUSAN, JR.  
U.S. Magistrate Judge  
District of Guam

ORIGINAL